**Electronically Filed
Supreme Court
SCWC-11-0000556
14-NOV-2014
12:53 PM**

SCWC-11-0000556

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

---

DAVID PANOKE, Petitioner/Claimant-Appellant,

vs.

REEF DEVELOPMENT, Respondent/Employer-Appellee,

and

SEABRIGHT INSURANCE, Respondent/Insurance Carrier-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-11-0000556; CASE NO. AB 2005-243 (2-04-07185))

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Claimant-Appellant David Panoke's application for writ of certiorari filed on October 2, 2014, is hereby accepted and will be scheduled for oral argument. The parties will be notified by the appellate clerk regarding scheduling.

DATED: Honolulu, Hawai‘i, November 14, 2014.

Wayne H. Mukaida
for petitioner

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

